1  Aaron K. McClellan - 197185
   amcclellan@mpbf.com
2  Steven W. Yuen - 230768
   syuen@mpbf.com
3  MURPHY, PEARSON, BRADLEY & FEENEY
   88 Kearny Street, 10th Floor
4  San Francisco, CA  94108-5530
   Tel:   (415) 788-1900
5  Fax:   (415) 393-8087

6  Attorneys for Plaintiff
   LIUXIA WONG
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11 | LIUXIA WONG,                          | Case No.:  C 12-00469 HRL
12 |     Plaintiff,                        | **PLAINTIFF LIUXIA WONG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 | v.                                    |
14 | HARD DRIVE PRODUCTIONS, INC., AND DOES 1-50, |
15 |                                       |
16 |     Defendants.                       |

17       Plaintiff Liuxia Wong makes the following certification in accordance with Civil L.R. 3-16.

18       Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

19  party, there is no such interest to report.

20  DATED: February 1, 2012
                                          MURPHY, PEARSON, BRADLEY & FEENEY
21

22                                                /s/ Steven W. Yuen
                                          By _____
23                                            Steven W. Yuen
                                              Attorneys for Plaintiff
24                                            LIUXIA WONG

25  SWY.20355237.doc

26

27

28