# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIUXIA WONG<br><br>　　　　Plaintiff,<br><br>v.<br><br>HARD DRIVE PRODUCTIONS, INC.,<br><br>　　　　Defendant. | Case No.: C-12-0469-YGR<br>(related to C-11-5630-YGR)<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT, pursuant to Fed. R. Civ. P. 16(b) and Civil L. R. 16-10, a Case Management Conference shall be held in this case on *Monday, April 16, 2012, at 2:00 p.m., at the United States District Court for the Northern District of California, Ronald V. Dellums Federal Building, Oakland.  An updated case management statement should be filed in advance of the new date.

As set forth in the Court's Standing Order in Civil Cases, these conferences are intended to be substantive and productive.  Accordingly, each party shall be represented at the Case Management Conference by counsel with authority to enter into stipulations and make admissions pursuant to Fed. R. Civ. P. 16(a) and (c), as well as fully prepared to address all of the matters referred to the CAND CMC Order and Civil L.R. 16-10(b).  Failure to do so shall be considered grounds for sanctions.

Oakland, California

March 8, 2012　　　　　　　　　　　　　　　　　　　Frances Stone
　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk to Judge Yvonne Gonzalez Rogers

*The Case Management Conference set 4/17/12 at 1:30pm has been vacated.