Brett L. Gibbs, Esq. (SBN 251000)
Prenda Law Inc.
38 Miller avenue, #263
Mill Valley, CA  94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Defendant,*
*Hard Drive Productions, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LIUXIA WONG, | CASE NO. 4:12-CV-00469 YGR |
| Plaintiff, | |
| v. | RENEWED NOTICE OF MOTION RE: MOTION TO DISMISS AMEDNED COMPLAINT |
| HARD DRIVE PRODUCTIONS, INC., et al., | Judge: Hon. Yvonne Gonzalez Rogers |
| | Date: April 17, 2012 |
| Defendants. | Time: 2:00 p.m. |

**DEFENDANT HARD DRIVE PRODUCTIONS, INC.'S**
**RENEWED NOTICE OF MOTION RE: MOTION TO DISMISS AMENDED**
**COMPLAINT**

In light of this Court's February 23, 2012 Order Relating Cases 4:11-cv-05630 and 4:11-cv-00469 vacating the formerly noticed hearing, Plaintiff, per Local Rule 3-12(g), renotices the hearing of its Motion to Dismiss Amended Complaint, which was originally filed February 5, 2012, as such:

PLEASE TAKE NOTICE THAT on April 17, 2012, at 2:00 pm Defendant, Hard Drive Productions, Inc., by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 12 and other governing law, shall appear before the Honorable United States District Court Judge Yvonne Gonzalez Rogers at the Oakland Courthouse, Courtroom 1 – 4th Floor, located

///

at the Ronald V. Dellums Federal Building, 1301 Clay Street, Oakland, California 94612, and present its Motion to Dismiss Plaintiff, Liuxia Wong's, Amended Complaint. (*See* Doc. 8.)

Respectfully Submitted,

PRENDA LAW INC.,

**DATED: March 9, 2012**

By: \_\_\_\_/s/ Brett L. Gibbs, Esq._____

Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law Inc..
38 Miller Avenue, #263
Mill Valley, CA 94941
blgibbs@wefightpiracy.com

*Attorney for Defendant,*
*Hard Drive Productions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 9, 2012, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's ECF system, in compliance with Local Rule 5-6 and General Order 45.

/s Brett Gibbs