1    Brett L. Gibbs, Esq. (SBN 251000)
     Of Counsel to Prenda Law, Inc.
2    38 Miller Avenue, #263
     Mill Valley, CA 94941
3    415-325-5900
     blgibbs@wefightpiracy.com
4
     *Attorney for Defendant,*
5    *Hard Drive Productions, Inc.*

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                        NORTHERN DISTRICT OF CALIFORNIA

9                               OAKLAND DIVISION

10

11

12   LIUXIA WONG,                        )      **No. 4:12-cv-00469 YGR**
                                         )      (Related Case No. 4:11-cv-05630 YGR)
13                  Plaintiff,           )
            v.                           )
14                                       )      **ADR CERTIFICATION BY PARTIES**
     HARD DRIVE PRODUCTIONS, INC.,       )      **AND COUNSEL**
15    et al.,                            )
                    Defendants.          )
16                                       )
     _____ )
17

18               **ADR CERTIFICATION BY PARTIES AND COUNSEL**

19          Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he

20   or she has:

21          (1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of*
22              *California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited
                printed copies are available from the clerk's office for parties in cases not subject to the*
23              *court's Electronic Case Filing program (ECF) under General Order 45);*
            (2) Discussed the available dispute options provided by the Court and private entities; and
24          (3) Considered whether this case might benefit from any available dispute resolution options.

25

26   Dated: April 3, 2012                      ___/s/ Paul Pilcher, CEO of Hard Drive Prod.
                                                           PARTY
27

28   Dated: April 3, 2012                      ___/s/ Brett L. Gibbs, Esq., Trial Counsel___
                                                           COUNSEL