1
2
3
4
5
6
7
8   UNITED STATES DISTRICT COURT
9   NORTHERN DISTRICT OF CALIFORNIA
10  OAKLAND DIVISION

| | |
|---|---|
| 11 HARD DRIVE PRODUCTIONS, INC., | Case No.: C 12-00469 YGR <br> (Related to case no. C 11-05630 YGR) |
| 12     Plaintiff, | **[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE** |
| 13 v. | |
| 14 JOHN DOE, | Date:     April 16, 2012 <br> Time:     2:00 p.m. |
| 15     Defendant. | Judge:     Hon. Yvonne Gonzalez Rogers <br> Courtroom: 1, 4th Floor |
| 16 AND ALL RELATED CASES. | File Date: November 21, 2011 <br> Trial Date: None |
| 17 | |

18  It is ORDERED per the Federal Rules of Civil Procedure and the Local Rules of this court:

19  JURY TRIAL DATE: _____ at _____, courtroom 1, 4th floor.

20  TRIAL LENGTH is estimated to be 2 to 3 days.

21  DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any

22  provisions below.

23  NON-EXPERT DISCOVERY CUTOFF: _____

24  DESIGNATION OF EXPERTS: _____

25  DESIGNATION OF REBUTTAL EXPERTS: _____

26  Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

27  EXPERT DISCOVERY CUTOFF: _____

28  ///

1   DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing
2 before assigned Magistrate Judge _____ .
3   DISPOSITIVE MOTIONS shall be filed no later than _____ , and
4 shall be noticed for hearing 35 days thereafter.
5   SETTLEMENT CONFERENCE:  shall be held before Magistrate Judge _____
6 _____ , and is scheduled to take place no later than 30 days prior to the Pretrial Conference.
7   PRETRIAL CONFERENCE DATE: _____
8   COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL
9 CONFERENCE.  Counsel shall be prepared to discuss all aspects of the case, including settlement.
10   MEET AND CONFER (Civil L.R. 16-10(b)(5):  Lead trial counsel shall meet and confer no
11 later than _____
12   FURTHER STATUS CONFERENCE: _____
13   FURTHER STATUS CONFERENCE STATEMENT DUE: _____
14   ADDITIONAL ORDERS: _____
15
16 DATED: _____
                                             Honorable Yvonne Gonzalez Rogers
17                                           United States District Court Judge
18
19 SWY.20389438.doc
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE
C 11-05630 YGR; C 12-00469 YGR – PAGE 2

**CERTIFICATE OF SERVICE**

I, Steven W. Yuen, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On April 9, 2012, I served the following document(s) on the parties in the within action:

**[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE**

|  | |
|---|---|
|  | **BY MAIL**: I am familiar with the business practice for collection and processing of mail. The above-described document(s) will be enclosed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service at San Francisco, California on this date, addressed as follows: |
|  | **BY HAND**: The above-described document(s) will be placed in a sealed envelope which will be hand-delivered on this same date by _____, addressed as follows: |
|  | **VIA FACSIMILE**: The above-described document(s) was transmitted via facsimile from the fax number shown on the attached facsimile report, at the time shown on the attached facsimile report, and the attached facsimile report reported no error in transmission and was properly issued from the transmitting facsimile machine, and a copy of same was mailed, on this same date to the following: |
|  | **VIA OVERNIGHT SERVICE**: The above-described document(s) will be delivered by overnight service, to the following: |
| **XX** | **BY ECF**: I attached and submitted the above-described document(s) to the ECF system for filing. |

Brett L. Gibbs                                                                                Attorneys For Plaintiff/Defendant
Prenda Law Inc.                                                                             HARD DRIVE PRODUCTIONS, INC.
38 Miller Avenue, #263
Mill Valley, CA 94941

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2012.

By  /s/ Steven W. Yuen
    _____
    Steven W. Yuen

[PROPOSED] ORDER AFTER CASE MANAGEMENT CONFERENCE
C 11-05630 YGR; C 12-00469 YGR – PAGE 3