United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARD DRIVE PRODUCTIONS, INC.,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**JOHN DOE,**<br><br>　　　　Defendant.<br>-------------------------------------------<br>**LIUXIA WONG,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**HARD DRIVE PRODUCTIONS, INC., ET AL.,**<br><br>　　　　Defendants. | Case No. 11-cv-5630-YGR<br>And related Case No.: 12-CV-469-YGR<br><br>**ORDER REFERRING TO MAGISTRATE FOR MANDATORY SETTLEMENT CONFERENCE AND STAYING DISCOVERY PENDING SETTLEMENT CONFERENCE AND ORDER TO SHOW CAUSE** |

　　　　On Monday, April 16, 2012, the Court held a joint case management conference in the above-entitled related actions. Based upon the parties' representations therein and in their case management conference statements, the Court finds that a settlement conference at the earliest juncture, and a stay of discovery pending completion of that settlement conference, is in the interests of all parties. The Court therefore ORDERS as follows:

　　　　1. The parties are referred to Magistrate Joseph Spero for a settlement conference to be completed no later than **May 18, 2012**. Trial counsel, the parties, claims representatives and all other

persons with full authority to settle the case must personally attend unless the Court has, before the Conference, authorized telephonic participation upon written application with notice to all other parties and good cause shown.  A party's failure to secure the personal attendance of the persons with authority to settle the matter will be grounds, in the Court's discretion, for the issuance of an Order to Show Cause why sanctions should not issue.

2. Discovery in this matter is stayed until May 18, 2012.  The deposition of Liuxia Wong ("Wong") currently set for April 18, 2012, is taken off calendar.

3. The Wong deposition shall commence after May 18, 2012, but no later than **June 1, 2012**.

4. Counsel for Hard Drive Productions, Inc., shall name and serve John Doe in the 11-cv-5630 action thereafter.  Hearing on an order to show cause re: dismissal for failure to prosecute shall be set for **June 22, 2012, at 9:01 a.m**.  Counsel for Hard Drive Productions, Inc., shall file a written response to the order to show cause no later than **June 15, 2012**.

IT IS SO ORDERED.

**April 17, 2012**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc: Magistrate Judge Spero; MagRef Email