**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Liuxia Wong,<br><br>　　　　Plaintiff(s),<br><br>vs.<br><br>Hard Drive Productions, Inc.,<br><br>　　　　Defendant(s). | Case No.: C-12-00469-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A Case Management Conference was held in this action on April 16, 2012.

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, 7/23/12 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE SPERO FOR A SETTLEMENT CONFERENCE TO OCCUR BY: | 5/18/12 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 4/27/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 11/30/12 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 12/21/12<br>Rebuttal: 1/11/13 |
| EXPERT DISCOVERY CUTOFF: | 1/31/13 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 2/26/13 |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 4/19/13 |
| PRETRIAL CONFERENCE: | Friday, 5/3/13 at 9:00 a.m. |
| TRIAL DATE: | Monday, 5/20/13 at 8:30 a.m.<br>(Jury Trial) |
| TRIAL LENGTH: | 3 days |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

1  The parties must comply with both the Court's Standing Order in Civil Cases and Standing
2  Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures.  All Standing
3  Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

4  **IT IS SO ORDERED.**

5  Dated: April 27, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**