# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.   C11-05630 YGR (JCS)**
**Related Case No. C12-469 YGR (JCS)**

**CASE NAME:  HARD DRIVE PRODUCTIONS, INC. v. DOE**
**RELATED CASE NAME:  WONG v. HARD DRIVE PRODUCTIONS, INC.**

**DATE: May 7, 2012**    **TIME: 3 H**    **COURT REPORTER**: Margo Gurule

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**
Brett Gibbs                          Steven Yuen

---

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE - HELD.

[ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE:

[ ]  TELEPHONIC CONFERENCE RE:

[ ]   OTHER:

CASE CONTINUED TO: _____ FOR _____

NOTES:

Case settled. Confidential settlement placed on the record.

*T=Telephonic Appearance